UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : C.A. No. 1:17-cv-5343 |
| - against - | : |
| MEDTRONIC PLC, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned as counsel on behalf of plaintiff Shiva Stein in the above-captioned action. The undersigned is an admitted member of the bar of this Court.

Dated: New York, New York
September 12, 2017

BARRACK, RODOS & BACINE

By: /s/ A. Arnold Gershon
A. Arnold Gershon
11 Times Square, 640 8th Ave.
New York, NY 10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783
agershon@barrack.com