# Court Order on Case Filing

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2017 ★
BROOKLYN OFFICE

Case number __CV17-5343__

Magistrate Judge __BLOOM__

Treat under Local Rule 72.2 ✓

Court respectfully requests expedition by the Magistrate Judge ✓

Case Manager:

set a ~~conference before me as soon as possible after appearance~~.

set a conference before me ~~will be conducted~~ on October 11 at 10:30 A.M. ~~days from today's date~~.

~~set a conference before me on case control promptly upon completion of discovery as certified by the magistrate judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged~~.

Plaintiff and a knowledgeable person for the defendant shall appear at the conference.

Respectfully referred to the Magistrate Judge for expedited discovery on and for injunction to prevent a vote by shareholders scheduled for December 8, 2017.

notify parties

_Jack B. Weinstein_
Jack B. Weinstein
Sr. U.S. District Judge

Date: 9/26/17