# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SHIVA STEIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 17-cv-05343-JBW-LB |
| - against- | : | |
| | : | |
| MEDTRONIC PLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| MORRIS AKERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against- | : | Civil Action No. 17-CV-5372-JBW-LB |
| | : | |
| MEDTRONIC PLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND EXPENSES

As discussed in the Stipulation filed contemporaneously herewith, Defendant, its insurers, or their respective successors in interest have agreed to pay Plaintiffs' attorneys' fees, costs, and expenses in the amount of $200,000 in full satisfaction of any claim Plaintiffs' attorneys may have for attorneys' fees, costs, and expenses without admitting wrongdoing.

Plaintiffs submit that these fees are fair and reasonable because the litigation has provided a common benefit to all Medtronic shareholders. *See Amalgamated Clothing and Textile Workers Union v. Wal-Mart Stores, Inc.*, 54 F.3d 69, 71 (2d Cir. 1995) ("The common-benefit rationale often is applied in suits by a group of shareholders against a corporation to vindicate some substantial right of all the shareholders of the company. Although the benefit

need not be pecuniary….") (*citing Mills v. Electric Auto-Lite Co.*, 396 U.S. 375, 396 (1970).
"[T]he right to cast an informed vote, in and of itself, is a substantial interest worthy of
vindication." *Id.* "[A] successful claim under Rule 14a-9, prohibiting omission of material facts
from proxy statements [provides a benefit], and fees are regularly allowed for successful 14a–9
lawsuits." *Id.* at 72 (*citing Mills*, 396 U.S. 396-97).

Although this is not a class or derivative action, the Supreme Court has held that an
individual action that results in a common benefit similarly entitles Plaintiff to recover
appropriate attorneys' fess. *See Sprague v. Ticonic Nat. Bank*, 307 U.S. 161, 166 (1939). As
this Court held in *In re Metlife Demutualization Litig.*, 689 F. Supp. 2d 297, 356 (E.D.N.Y.
2010), "fair attorneys' fees from a common fund encourage skilled counsel to represent those
who seek redress for damages inflicted on entire classes of persons, and therefore discourage
future misconduct of a similar nature."

Based on the above, Plaintiffs request that this Court approve as reasonable the attorneys'
fees and expenses Defendant has agreed to pay as provided in the [PROPOSED] JUDGMENT ¶
B (Exhibit 3).

Dated:   New York, New York
      October 20, 2017

                          **BARRACK, RODOS & BACINE**

                          By:   /s/ Arnold Gershon
                            A. Arnold Gershon
                            Michael A. Toomey
                            11 Times Square
                            640 Eighth Avenue, 10th Floor
                            New York, NY  10036
                            Telephone:  (212) 688-0782
                            Facsimile:  (212) 688-0783

                            *Attorneys for Shiva Stein*

**STULL, STULL & BRODY**

By:   /s/ Michael J. Klein
     Michael Jason Klein
     Patrick Slyne
     6 East 45th Street
     5th Floor
     New York, NY 10017
     Telephone (212)687-7230
     Facsimile: (212)490-2022

*Attorneys for Plaintiff Morris Akerman*