DATE _10/11/17_   30 min

BEFORE JUDGE _Weinstein_          AT _10:30_   A.M/~~P.M~~.

C/R ~~or ECR~~ _M. Lucchese_          MAG. _____

CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number _CV17-5343 (CV17-5372)_
Title _Shiva Stein_ vs _Medtronic PLC_

Appearances:  For Pltff. _Alexander Gershon_
_Michael Klein_

For Deft. _Timothy Perla_

Other: _____

✓ Case called.
✓ Counsel for all parties present.
___ Counsel for _____ not present.
✓ Conference held.
✓ Parties advised the Court that the case has been settled.
___ Discovery completed. _____ Discovery pending
___ Discovery to be completed by _____.
___ Next conference scheduled for _____.
___ Case marked ready for trial on _____.
___ Pre-trial order signed and given to parties.
___ Jury to be selected on _____.
✓ Stipulation with attachments to be provided to the court w/i 10 days.